UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON

CRIMINAL NO. 05-30-SSS-DCR                                ELECTRONICALLY FILED

UNITED STATES OF AMERICA                                                        PLAINTIFF

V.          MOTION TO TRANSFER CASE FOR TRIAL
                 IN THE INTEREST OF JUSTICE

JENNINGS B. WHITE, ET AL,                                                       DEFENDANTS

\* \* \* \* \*

The United States hereby moves the Court to transfer this case to the Lexington docket within the district for trial for the reason that a fair and impartial jury cannot be seated in London. The request to transfer to Lexington can best accommodate both the interests of justice and convenience of the parties.

This case due to the nature of the charges, drug, money laundering and obstruction of a federal investigation and the persons in public life who are alleged to be involved including, Jennings White, a public figure having served two terms as Clay County Court Clerk, Millard Oscar Hubbard, a retired Clay County Board of Education employee and brother-in-law to the Superintendent of Schools in Clay County, and Jennifer Garrison, a pretrial services officer for the Clay County Court system and niece to the current Judge Executive James Garrison have received extensive press coverage[1]. The government has

---

[1] A series of articles in the Lexington Herald-Leader have been published including July 14, 2005, "Ex-Clay Clerk White Indicted", June 29, 2005, "Clay Ex-Official's Name in Drug Case Affidavit", August 31, 2005, "Bribe to Court Employee Alleged", August 12, 2005,

attached a statement from the case agent further establishing that the perception in the community is that an impartial jury cannot be seated in London.  For these reasons, and pursuant to Local Rule 3.2(e), the trial should be moved to Lexington or sufficiently distant from London so that the local influences on the jury pool will not be felt.

As an alternative request for relief, the government moves the Court to order that jurors for this trial be selected from the venire of another division or docket.

                                    Respectfully submitted,

                                    GREGORY F. VAN TATENHOVE
                                    UNITED STATES ATTORNEY

BY:   s/Stephen C. Smith
        Stephen C. Smith
        Assistant United States Attorney
        601 Meyers Baker Rd. Suite 200
        London, KY 40741
        Tel: (606) 864-5523
        Fax: (606) 864-3590
        stephen.smith4@usdoj.gov

---

"Former Clay County Clerk Implicated", September 3, 2005, Clay County Court System Worker Indicted", September 18, 2005, "Clay County Abuzz over Federal Drug Inquiry".

# CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2005, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System which will send notice of filing to:

Willis G. Coffey, Esquire
wgcoffey@yahoo.com
Attorney for Randy Salyers

William Gary Crabtree, Esquire
crabtreegoforth@aol.com
Attorney for Robert N. Demling

Timothy Despotes, Esquire
timdespotes@qx.net
Attorney for Melvin Couch

Eric S. Edwards, Esquire
ericedwardsfed@adelphia.net
Attorney for James Henry Davidson, Jr.

David A. Bratt, Esquire
brattda@aol.com
Attorney for John Sherry

David S. Hoskins, Esquire
davidhoskins@bellsouth.net
Attorney for Charles Harvey Lewis

Michael R. Mazzoli, Esquire
mazzoliecf@aol.com
Attorney for Jennings B. White

Jennifer S. Nicholson, Esquire
nicholsonjenifer@charter.net
Attorney for Mark Edward Baird

Warren Scoville, Esquire
warren@scovillelaw.com
callie@scovillelaw.com
Attorney for Millard Hubbard

Stephen D. Milner, Esquire
steve.milner@qx.net
Attorney for Jennifer Garrison

I further certify that I mailed the foregoing document to the following non-registered CM/ECF participants:

Russell D. Alred, Esquire
118 S. Cumberland Avenue
P. O. Box 288
Harlan, KY 40831
Attorney for Thomas Edward Effler

Bruce R. Bentley, Esquire
Zoellers, Hudson & Bentley
134 E. Fifth Street
P.O. Box 915
London, KY 40743
Attorney for Kenneth Day

Barbara C. Carnes, Esquire
313 Cumberland Avenue
Barbourville, KY 40906
Attorney for Robert N. Demling

John P. Chappell, Esquire
402 W. Fourth Street
London, KY 40743-0973
Attorney for Steven Neal Davidson

Scott C. Cox, Esquire
730 West Main Street, Suite 200
Louisville, KY 40202
Attorney for Jennings B. White

Paul K. Croley, II, Esquire
Croley & Associates
400 S. Main Street
P.O. Box 5141
London, KY 40745-5141
Attorney for Michelle L. Smith

Fred White, Esquire
105 S. Broad Street
P.O. Box 1808
London, KY 40743
Attorney for Loreda Sizemore Smith

David L. Williams, Esquire
124 N. Main Street
P. O. Box 666
Burkesville, KY 42717
Attorney for Jennings B. White

James Hibbard, Esquire
120 E. Second Street
London, KY 40741
Attorney for Terry Holland

B. Robert Stivers, II, Esquire
207 Main Street
Manchester, KY 40962
Attorney for Jennings B. White

 

        s/Stephen C. Smith
        Assistant United States Attorney