UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CRIMINAL MINUTES-GENERAL

LONDON      Case No: **6:05-cr-30-SSS-DCR**      At **LONDON**      Date **October 14, 2005**

PRESENT: HON. DANNY C. REEVES, U.S. DISTRICT JUDGE

| Jackie Brock | Cindy Oakes | Stephen C. Smith |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U. S. Attorney |

**DEFENDANT:**                                    ATTORNEYS FOR DEFENDANT:

**Jennings B. White**                              Scott Cox, David L. Williams & Robert Stivers

PROCEEDINGS:

This matter called for hearing on United States' motion to revoke bond as to Jennings White and motion to withdraw as co-counsel for Jennings White by Hon. Robert Stivers. Counsel and Mr. White were present as noted above. The Court having heard argument of counsel and being sufficiently advised,

ORDERS as follows:

1) United States' motion to revoke bond of defendant Jennings White is SUSTAINED, for reasons as stated on the record. Jennings White is remanded to the custody of the United States Marshal to be detained pending trial.

2) The property which was placed as security for Jennings White's bond is hereby released. The Clerk of Court is directed to prepare a Lien Release for the subject property and mail to the property owner to be filed in the Clay County Court Clerk's Office.

3) Robert Stivers' motion to withdraw as co-counsel for defendant Jennings White is SUSTAINED. Mr. Stivers is relieved of any further responsibility in this matter.

This 14th day of October, 2005.

Signed By:
*Danny C. Reeves*  DCR
United States District Judge

**Copies To:**
COR, USP, USM,                                    Clerk's Initials:    JMB

TIC: 30 minutes