Eastern District of Kentucky
FILED
MAR 02 2006
AT LONDON
LESLIE G WHITMER
CLERK U.S. DISTRICT COURT

RECEIVED
MAR 02 2006
CHAMBERS OF
JUDGE DANNY REEVES

Dear Judge Danny Reeves

I am a Concerned Citizened of Clay County KY. Myself and many more people of Clay Co. have been following the KB Pawn Shop Cases. And other Cases. For the Past 1 1/2 yrs myself and other people have been reporting corruption of the County & officials. We seen back then that when we reported this stuff to our County Sheriffs Dept. that we was reporting to the wrong one. Because they were envolved in the corruption. So then we started reporting to F.B.I. And Units. We wrote Det. Briggs a letter and told him on who was working the cases and investigating the cases what we knowed and what was going on. We knew if we didnt keep help from outside officials our County was Doomed. First of all let me say this. I stand up and salute you as being the Judge you are. A lot has been cleaned up here. But — there is still so much more. "MORE corruption" I know some people that was set up and put thru the court System by the Shoriff Dept Edd Gordon and Judge Cletus Meradle was done wrong — and then them letting the Drug Dealers and crooks get by with all

that is going on. this I Know first hand - Our Officials are and have been covering one anothers back's - They know so much on each other that they covers each other. From the Circuit Judge to City Council. Edd Jordan is the worse Crook and Drug Sheriff we have ever seen - He has made more money from Drug Dealers than you would ever know - People around here calls his Mansion on Paces creek the "Bobby Jones" House because Edd got more "Hush" money from Mr! Jones than he would ever make. not just Bobby Jones - But about every Drug Dealer in Clg Co. Just look what Reptures he has have. "Drug Dealer" Some in Jail Right Now - I know a man that was coming from London on old 80 Hwy into Horse Creek one night - He was pulled over - he had several Pounds of pot in the Vehicle - This Guy told the Deputy to call his Boss - Deputy Did - Edd told them to let them come on thru. This is a Fact - Judge Miracle - treating anyone different - Just look at some of the Drug Dealers Records and "Bail" we cant stand another term

q Edd Jordon - And we hope and Pray that we get a new Sheriff we're hoping we get all new elected officials. They are all Corrupted - I Believe the Most Honest One we have is the new Clerk that beat Jennings White. Which is Freddy Thompson. We only hope that the Corruption don't get to him to. Todd Roberts with the Manchester City Police Dept. here another Drug Running Crook - But yet he works with Unite and acts like he is doing good for his city and County - I - we Cant believe that he has gotten by with what all he has done - What you Said in the News Paper - you are Right on the Money - you are so Right And I Know in my heart - that you Know Jennifer Garrison is as Guilty as sin! Just like Edd Jordon is - And Jams phillips - (Douglas White Mayor) it Make us Sick to Our stomach that these people are getting by with all this Corruption and then turn around and try to send an Innocent person to prison For something they didnt Do! My say and others Know so Much - and we have reported it

to the FBI. And Units. We think a lot of it was took Serious - if we the people of Clay County dont get Outsid help - We are Doomed! the people is Sick of all the Corruption - And we are so scared that the Money will buy theses Crooks Right back in Office - We do know that James Garrison Co. Judge And (Edd Jordan Sheriff) and certain Magistrates are putting there Money together for the election - it's awful! Why cant the Federal be election officers at the Voting Booths? We need help! people wised up some at the last election and voted Jennings White Out! And I said THANK YOU GOD! I Doesn't amd about Everyone else to Go. They all work togethor - But some are starting to turn on each other - so I'm hoping - And when I say myself - I'm speaking for 100's of people in Clay County! Everyone knew what Mr. White was doing - As we also did with Edd Jordan - on there secret little night time meeting! here in Clay Co - if you know something on these Man - you better not let them know you know or you in Deep Trouble - Just ask people - they will tell - if there not

Scored to Death! We have seen what Edd Jordon and Judge Miracle will do to people if they say what they know! Or if they just plain Dont like them— Judge Miracle took out of people what his Daughter was doing— She is a Druggie and was caught with Bobby Joe Curry?— So he takes it all out of people— And some "Innocent people". Its ashame we have to live under Dictators! Please Excuse my writting— I'm just Mad! Judge Reeves— Please take this Serious— This is all true— And I cannot believe that Juoy found Jenifer Garrison Not Guilty Something went wrong there— Oh my God— everyone in Cly Co knows what she is— A Druggie And takes money to get bail's lowered And takes pot also to lower Bails— Unbeliveable! She made a comment after her trail— She said— with a laugh I Beat the Federal— And was smart enough to do it! This Woman is crazy She has threated to kill her own Children at one time— And admitted her say in a Physo Hosp. Judge Reeves— Please keep the Fed's on her— She will slip again— She is working with the rest of the Crooks

When the Paper came out Wednesday. Edd Jordon said - Judge Reeves is a Jerk and said several more names - a certain person told us this - that was there when he said it - so we figure he knows - that you know - Just what he is! Far as Drugs. Yes Clay Co has a Drug problem - But Everyone knows - Where it really started - Right from the officials! The little people getting hung out to Dry and the Big people - Laughing! And laying all the blame on the little people - it's not Right! We Just hope and pray that the money don't put these corrupted crooks back in office - Edd Jordon made a comment in News paper back when his name was brought up - he said ask anyone in Clay Co. And not one person can tell you I bought a vote! What A JOKE! He may have not his self - But he had people doing it - Just like the rest of them! Clay County officials are a Big JOKE! Let me Say - We think you are a very fine and special Judge - And salute you! And also - Mr. Day done the right thing by telling the truth! He Busted it wide open - But people had done been telling what was going on to the Sheriff Dept here - But nothing was never done! Until the Federal got in on it. Thank God! Continue Doing an Good Job. And Thank You!