```
                                                    Eastern District of Kentucky
                                                          FILED

 1              UNITED STATES DISTRICT COURT         AUG 3 - 2006
                 EASTERN DISTRICT OF KENTUCKY
 2                    LONDON DIVISION                   AT LONDON
                    CASE NO. 05-30-DCR               LESLIE G. WHITMER
 3                                                CLERK U.S. DISTRICT COURT

 4
      UNITED STATES OF AMERICA                           PLAINTIFF
 5

 6
      VS.         TRANSCRIPT OF ARRAIGNMENT AND MOTIONS
 7

 8
      KENNETH DAY, TERRY HOLLAND,
 9    JAMES DAVIDSON, JR., MARK BAIRD,
      STEVEN DAVIDSON, RANDY SALYERS,
10    LOREDA SMITH, THOMAS EFFLER,
      MELVIN COUCH, CHARLES HARVEY,
11    ROBERT DEMLING, MICHELLE SMITH,
      JENNINGS WHITE, SCOTT COX,
12    DAVID WILLIAMS, ROBERT STIVERS              DEFENDANTS

13
                         August 9, 2005
14
                           9:30 a.m.
15
                        London, Kentucky
16
                        Hon. J.B. Johnson
17                        Presiding

18

19

20
                         * * * * * *
21

22

23      PATTY TIPTON'S COURT REPORTERS, INC.
          1-800-498-0133/(859)498-2421 (FAX)
24
      37 S. Maysville Street
25    P.O. Box 1266                              1820 Laser Lane
      Mt. Sterling, KY  40353             Louisville, KY  40299
```

```
 1  APPEARANCES:

 2  Hon. Stephen C. Smith
    Hon. Greg Ousley
 3  Attorneys for Plaintiff

 4  Hon. Bruce Bentley
    Hon. Jim Hibbard
 5  Hon. Eric Edwards
    Hon. John Chappell
 6  Hon. Willis Coffey
    Hon. Fred White
 7  Hon. Russell Alred
    Hon. Timothy Despotes
 8  Hon. David Hoskins
    Hon. William Crabtree
 9  hon. Barbara Carnes
    Hon. Paul Croley
10  Hon. Robert Stivers
    Hon. Scot Cox
11  Hon. Michael Mazzoli
    Attorneys for Defendants
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1       THE COURT:  05-30-S-DCR, United States of America
2  versus Kenneth Day and Others.  If you would, state
3  your appearances here today, counselors, for the
4  record, starting for Kenneth Day.  Is Mr. Bentley here?
5       UNKNOWN SPEAKER:  (Inaudible).
6       THE COURT:  I beg your pardon?
7       UNKNOWN SPEAKER:  (Inaudible).
8       THE COURT:  He is here -- all right.  Bruce
9  Bentley, all right.  Mr. -- for Mr. Terry Holland, Jim
10 Hibbard?
11      MR. HIBBARD:  Yes, Your Honor.
12      THE COURT:  All right -- for Mr. Davidson -- Eric
13 Edwards?
14      MR. EDWARDS:  Yes, Your Honor.
15      THE COURT:  Present -- all right -- the defendant,
16 Mark Baird -- I understand there has been an order
17 entered disqualifying Hon. Tom Jenson from representa-
18 tion in that case.  I have asked Probation to secure a
19 financial affidavit, and if he qualifies for appointed
20 counsel, we will appoint counsel today or have the
21 clerk appoint counsel today for Mr. Baird.  Mr.
22 Chappell...
23      MR. CHAPPELL:  Yes, Your Honor.
24      THE COURT:  Mr. Chappell is here for Steven
25 Davidson.  Mr. Coffey -- Willis Coffey is not present.

1

```
 1   All right -- he represents the defendant, Randy
 2   Salyers.  He called our office stating he had no pend-
 3   ing motions.  Mr. White -- Fred White is here on behalf
 4   of Loreda Smith.  All right -- Mr. Alred is not here.
 5   He represents Mr. Effler -- Thomas Effler.  He stated
 6   he had no pending motions and would not be present.
 7   Mr. Despotes...
 8        MR. DESPOTES:  Yes, Your Honor.
 9        THE COURT:  All right -- Mr. Timothy Despotes is
10   here on behalf of Melvin Couch.  David Hoskins and
11   Barbara -- let's see -- no -- excuse me -- Mr. Hoskins,
12   you represent Charles Harvey Lewis.
13        MR. HOSKINS:  Yes, Your Honor.
14        THE COURT:  All right -- Mr. Crabtree and -- Mr.
15   Crabtree and Ms. Carnes represent Mr. Demling.  They
16   are both present.  Is Mr. Croley present?
17        MR. CROLEY:  Yes, Your Honor.
18        THE COURT:  Mr. Croley is retained for Michelle
19   Smith.  For the defendant, Jennings White, he has...
20        MR. COX:  Your Honor, Scott Cox.
21        THE COURT:  All right...
22        MR. COX:  Along with David Williams...
23        THE COURT:  And David Williams?
24        MR. COX:  And Robert Stivers.
25        THE COURT:  And Robert Stivers.
```

```
 1        MR. COX:  Mr. White is present, Your Honor.
 2        THE COURT:  All right -- okay -- the -- according
 3   to what has been furnished to me, there apparently are
 4   three pending motions.  One was pending the last time
 5   we met.  That is Mr. Demling's motion to suppress.  A
 6   reply was just filed and an attachment furnished on
 7   this date, so that matter will stand submitted.  A
 8   court (sic) recommendation will be entered this week,
 9   and I note there has been recently filed a motion to
10   continue by the defendant, Jennings White, and also a
11   motion to sever for separate trials by defendant,
12   White.  Mr. Smith, does the government need time to
13   respond to those motions?
14        MR. SMITH:  Yes, I do, Your Honor.
15        THE COURT:  All right -- what do you anticipate in
16   the way of time to file a response?
17        MR. SMITH:  I just received the motion to sever
18   this morning, Your Honor.
19        THE COURT:  Right.
20        MR. SMITH:  I would ask...
21        THE COURT:  As did I.
22        MR. SMITH:  That we have seven days to respond to
23   that.
24        THE COURT:  Seven days to respond and three to
25   reply -- would that be...
```

```
1        MR. COX:  That would be fine, Your Honor.
2        THE COURT:  All right -- the motion to continue
3   will be submitted to the District Judge, unless for
4   some reason I would get later assigned to make it.
5   The motion to sever for separate trials will be ruled
6   on at the conclusion of that ten day period of time.
7   Mr. Smith, can you inform the Court at this time
8   whether you anticipate a motion for re-arraignment as
9   to any of these defendants at this time?
10       MR. SMITH:  I -- we do anticipate several pleas in
11  the case, Your Honor, but at this time, I couldn't give
12  the Court an exact number.
13       THE COURT:  All right -- and what would you
14  anticipate in the way of trial time?
15       MR. SMITH:  We are still guarded with this
16  estimation, but I would think four to five weeks.
17       THE COURT:  All right -- is there anything further
18  for the government or any defendant in this case?
19       MR. COX:  Judge, we would just like to state for
20  the record we -- I don't think we have gotten all of
21  the discovery yet, and it's my understanding from
22  talking to the prosecutor this morning that they will
23  have it all to us by Friday.
24       THE COURT:  All right.
25       MR. COX:  If you would pass that along to the
```

4

1    judge that considers our motion to continue, and tell
2    him we don't have anything today (sic).
3        THE COURT: That's as to the defendant, White?
4        MR. COX: Yes, sir.
5        MR. SMITH: Judge, as Mr. Cox has indicated, we
6    have spoken this morning. There is -- as the Court
7    knows, we have been continually scanning documents over
8    the time period here, and my office advises me that we
9    are nearing a completion of that, and I believe we will
10   have it before Friday, but we have -- we anticipate
11   that will complete it though.
12       THE COURT: Is there anything further for any
13   defendant in this matter?
14       MR. COX: Judge, we -- you do have some deadlines
15   with regard to filing defendant's motions and so forth,
16   and we would like those extended, because we can't
17   really make a final decision on the motions until we
18   have gotten all of the discovery.
19       THE COURT: After receipt of the discovery on
20   Friday or before, if you determine that motions should
21   be filed, furnish me with a copy of same by facsimile
22   and we will contact your office and the office of the
23   U.S. Attorney and bring any motion that requires an
24   oral argument or an evidentiary hearing and set a date
25   and time that fits all calendars.

```
 1        MR. COX:  Thank you, Judge.
 2        THE COURT:  All right -- anyone else -- all
 3   right -- those defendants who are on bond their bonds
 4   will continue and the Court will set conditions of re-
 5   lease -- will continued.  The others who are in custody
 6   will remain in custody.
 7
 8
 9
10
11
12
13                    END OF TRANSCRIPT
14
15
16
17
18
19
20
21
22
23
24
25
```

CERTIFICATE

The undersigned court reporter hereby certifies that the foregoing pages represent an accurate and complete transcription of the entire record of the proceedings before the United States District Court for the Eastern District of Kentucky at London before the Honorable Magistrate J. B. Johnson, presiding, in the matter of The United States of America versus Melvin Couch, a/k/a Dropsey and Thomas Edward Effler, and these pages constitute a true original of the transcript of the proceeding.

*Patty W. Tipton*

Court Reporter
Patty W. Tipton