UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at LONDON
CRIMINAL MINUTES-GENERAL

Case No: 6:05-CR-30-SSS-14-DCR    At: LONDON    Date: April 22, 2010

PRESENT:  HON. DANNY C. REEVES, U.S. DISTRICT JUDGE

| Jackie Brock | Rhonda Sansom | Stephen C. Smith |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U. S. Attorney |

DEFENDANT:                                              ATTORNEYS FOR DEFENDANT:

Jennings B. White (custody)                             Scott Cox (Present)(Retained)

PROCEEDINGS:

This matter was called for hearing on the United States' sealed motion (DE #925), with counsel and parties present as noted. The Court heard counsel at the bench regarding the sealed motion and,

**ORDERED** as follows:

1) The United States' Sealed Motion [Record No. 925] is **SUSTAINED** for the reasons as stated at the bench. The portion of the transcript containing the bench conference held during this hearing is **ORDERED** sealed and if transcribed, will be filed under **SEAL**.

2) The defendant's term of imprisonment shall be reduced to a total term of 70 months. A separate Amended Judgment shall be entered.

3) The Defendant is remanded to the custody of the United States Marshal.

Copies: COR, USP, USM,

TIC: 32 MINUTES