AO 245C (Rev. 09/08) Amended Judgment in a Criminal Case (NOTE: Identify Changes with Asterisks (*))
Sheet 1

# UNITED STATES DISTRICT COURT

EASTERN ___ District of ___ KENTUCKY - Southern Division at London

| UNITED STATES OF AMERICA | **AMENDED JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| **V.** | |
| **JENNINGS B. WHITE** | Case Number: 6:05-CR-30-SSS-14-DCR |
| | USM Number: 09154-032 |

**Date of Original Judgment:** February 14, 2006
(Or Date of Last Amended Judgment)

Scott C. Cox and David L. Williams
Defendant's Attorney

**Reason for Amendment:**

☐ Correction of Sentence on Remand (18 U.S.C. 3742(f)(1) and (2))

X Reduction of Sentence for Changed Circumstances (Fed. R. Crim. P. 35(b))

☐ Correction of Sentence by Sentencing Court (Fed. R. Crim. P. 35(a))

☐ Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36)

☐ Modification of Supervision Conditions (18 U.S.C. §§ 3563(c) or 3583(e))

☐ Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. § 3582(c)(1))

☐ Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))

☐ Direct Motion to District Court Pursuant ☐ 28 U.S.C. § 2255 or
☐ 18 U.S.C. § 3559(c)(7)

☐ Modification of Restitution Order (18 U.S.C. § 3664)

**Eastern District of Kentucky**
**F I L E D**

**APR 2 2 2010**

AT LONDON
LESLIE G. WHITMER
CLERK U.S. DISTRICT COURT

**THE DEFENDANT:**

X pleaded guilty to count(s) ___ 2s, 4s, 5s, 27s, 28s, 30s, 35s and 36s

☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.

☐ was found guilty on count(s) _____ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21:841(a)(1) | Conspired to distribute, and possessed with intent to distribute 1,000 kilograms or more of marijuana | 8/19/2005 | 2s |
| 18:1956(a)(1)(A)(i) and 18:1956(a)(1)(B)(i) | Money laundering | 8/19/2005 | 4s |
| 18:1512(c) | Obstructing, influencing, or impeding an official proceeding | 4/28/2005 | 5a |
| 18:1956(a)(1)(B)(i) | Money laundering | 4/10/2005 | 27s and 28s |

The defendant is sentenced as provided in pages 2 ___ 7 ___ of this judgment. The sentence is imposed pursuant to 18 U.S.C. §3553(a) and the Sentencing Reform Act of 1984 as amended or modified by the Supreme Court's January 12, 2005, decision in *United States v. Booker and United States v. Fanfan.*

☐ The defendant has been found not guilty on count(s) _____

X Count(s) ___ 1s and underlying Indictment ___ ☐ is X are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

APRIL 22, 2010
Date of Imposition of Judgment

Signature of Judge

DANNY C. REEVES, U.S. DISTRICT JUDGE
Name and Title of Judge

April 22, 2010
Date

AO 245C    (Rev. 09/08) Amended Judgment in a Criminal Case
           Sheet 1A                                                          (NOTE: Identify Changes with Asterisks (*))

Judgment — Page __2__ of __7__

DEFENDANT:         JENNINGS B. WHITE
CASE NUMBER:       6:05-CR-30-SSS-14-DCR

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:2232(a) | Knowingly destroying, damaging, wasting, disposing of, transferring, and otherwise taking action for the purpose of preventing and impairing the Government's lawful authority to take such property into its custody and control | 4/10/2005 | 30s |
| 21:853 and 18:982 | Forfeiture of assets | | 35s and 36s |

AO 245C    Case 6:05-cr-00030-DCR    Doc #: 934    Filed: 04/22/10    Page: 3 of 7 - Page ID#: 4931
         (Rev. 09/08) Amended Judgment in a Criminal Case
         Sheet 2 — Imprisonment                                                    (NOTE: Identify Changes with Asterisks (*))

Judgment — Page ___3___ of ___7___

DEFENDANT:        JENNINGS B. WHITE
CASE NUMBER:      6:05-CR-30-SSS-14-DCR

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a
total term     **70 months on each of Counts two, four, five, twenty-seven, and twenty-eight and 60 months on
Count thirty, with all such terms to be served concurrently, for a total term of 70 months.**

☐   The court makes the following recommendations to the Bureau of Prisons:
    0

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

    ☐   at _____    ☐ a.m.    ☐ p.m.    on _____ .

    ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐   before 2 p.m. on _____ .

    ☐   as notified by the United States Marshal.

    ☐   as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____    to _____

a _____ with a certified copy of this judgment.

_____
                                    UNITED STATES MARSHAL

By _____
                              DEPUTY UNITED STATES MARSHAL

AO 245C   (Rev. 09/08) Amended Judgment in a Criminal Case
Sheet 3 — Supervised Release

(NOTE: Identify Changes with Asterisks (*))

Judgment—Page ___4___ of ___7___

DEFENDANT:          JENNINGS B. WHITE
CASE NUMBER:        6:05-CR-30-SSS-14-DCR

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of    **Three (3) years. This term consists of three years on each of Counts two, four, five, twenty-seven, twenty-eight, and thirty, all such terms to run concurrently.**

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

X   The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☐   The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐   The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. (Check, if applicable.)

☐   The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record, personal history, or characteristics and shall permit the probation officer to make such notifications and confirm the defendant's compliance with such notification requirement.

AO 245C Case: 6:05-cr-00030-DCR Doc #: 934 Filed: 04/22/10 Page: 5 of 7 - Page ID#: 4933
(Rev. 09/08) Amended Judgment in a Criminal Case
Sheet 3C — Supervised Release (NOTE: Identify Changes with Asterisks (*))

Judgment—Page __5__ of __7__

DEFENDANT: JENNINGS B. WHITE
CASE NUMBER: 6:05-CR-30-SSS-14-DCR

# SPECIAL CONDITIONS OF SUPERVISION

*1. The defendant shall provide to the United States Probation Office (USPO), within seven (7) days of release from the custody of the Bureau of Prisons, a written report, in a form the USPO directs, listing each and every prescription medication in the defendant's possession, custody, or control. The list shall include, but not be limited to, any prescription medication that contains a controlled substance and encompasses all current, past, and outdated or expired prescription medications in the defendant's possession, custody, or control at the time of the report.

*2. The defendant shall notify the USPO immediately (i.e., within no later than 72 hours) if the defendant receives any prescription for a medication containing a controlled substance during the period of supervised release. The defendant shall provide the USPO such documentation and verification as the USPO may reasonably request and in a form the USPO directs.

*3. The defendant must comply strictly with the orders of any physician or other prescribing source with respect to use of all prescription medications.

Pursuant to Public Law 108-405, Revised DNA Collection Requirements Under the Justice for All Act of 2004, the defendant shall submit to DNA collection if the offense of conviction is a felony.

AO 245C    (Rev. 09/08) Amended Judgment in a Criminal Case
       Sheet 5 — Criminal Monetary Penalties                                               (NOTE: Identify Changes with Asterisks (*))

Judgment — Page __6__ of __7__

DEFENDANT:        JENNINGS B. WHITE
CASE NUMBER:    6:05-CR-30-SSS-14-DCR

# CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ **600 ($100/count)** *[paid] | $ **25,000.00** *[paid] | $ **N/A** |

☐   The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐   The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

    If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
|  |  |  |  |
| **TOTALS** | $ _____ | $ _____ |  |

☐   Restitution amount ordered pursuant to plea agreement  $ _____

☐   The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐   The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

    ☐   the interest requirement is waived for   ☐ fine   ☐ restitution.

    ☐   the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

Case 6:05-cr-00030-DCR   Doc #: 934   Filed: 04/22/10   Page: 7 of 7 - Page ID#: 4935

DEFENDANT:    JENNINGS B. WHITE
CASE NUMBER:    6:05-CR-30-SSS-14-DCR

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

**A**  X  Lump sum payment of $ _____25,600.00_____ due immediately, balance due
      X  not later than _____30 days from entry of the_____ Judgment, or
      ☐  in accordance with  ☐ C  ☐ D,  ☐ E, or  ☐ F below; or

**B**  ☐  Payment to begin immediately (may be combined  ☐ C,  ☐ D, or  ☐ F below); or

**C**  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
      _____ (e.g., months or years), to _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D**  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of _____ over a period of
      _____ (e.g., months or years), to _____ (e.g., 30 or 60 days) after release from imprisonment to a
      term of supervision; or

**E**  ☐  Payment during the term of supervised release will commence within_____ (e.g., 30 or 60 days) after release from
      imprisonment.  The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**  X  Special instructions regarding the payment of criminal monetary penalties:

      Make payment to:
      **U.S. District Court Clerk**
      **P. O. Box 5121**
      **London, Kentucky 40745-5121**
      **(PLEASE INCLUDE YOUR CASE NUMBER.)**

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

      Defendant and Co-Defendant Names and Case Numbers (including defendant number), Joint and Several Amount, and
      corresponding payee, if appropriate.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court

X  The defendant shall forfeit the defendant's interest in the following property to the United States:
      **All assets listed in Counts 35s and 36s of the Superceding Indictment.**

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.